# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

_____X

**WILLIAM MARTIN,**

         PLAINTIFF,

-against-

**THE NEW YORK PUBLIC LIBRARY, ZENA GEORGE, CHARMAINE MCFARLANE, BEN SAPADIN, TERRANCE NEAL, AND JESSICA ROSENTHAL,**

         DEFENDANTS.

_____X

**TORTS ACTION**

Index No.:

**SUMMONS with NOTICE**

Plaintiff designates Kings County as place of trial

Basis of the venue
Plaintiff's Residence
1119 86TH STREET
BROOKLYN, NY 11228

**TO THE ABOVE-NAMED DEFENDANTS:**

  **YOU ARE HERBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if the summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

DATED: NEW YORK, NEW YORK
    SEPTEMBER 20, 2024

DEFENDANTS' ADDRESS

SEE SCHEDULE OF DEFENDANTS
ON PAGE 2

By: /s/ *Yuxi LIu*_____.
  Yu-Xi (Glen) Liu, Esq.
  *Attorney for Plaintiff*
  53 Elizabeth Street, Suite 2C.
  New York, NY 10013
  Glen@Dawnlaw.us
  212.597.2888

**NOTICE:** The torts action is for discrimination, hostile workplace, intentional infliction of emotional distress, negligent infliction of emotional distress, defamation, and injunction with TRO against defendants restraining them from denying the plaintiff's request for disability leave which has been previously approved.

**The relief sought** is injunction, punitive, exemplary and compensatory damages, and attorney fees.

Upon your failure to appear, judgment of $3,000,000.00 will be taken against you by default plus attorney fees together with the costs and disbursements of this action.

## SCHEDULE OF DEFENDANTS' ADDRESS

**THE NEW YORK PUBLIC LIBRARY (THE "NYPL")**
**NYPL LEGAL DEPARTMENT**
476 FIFTH AVENUE
ROOM 78
NEW YORK, NY 10016
212.930.0552

**ZENA GEORGE**
**ASSISTANT DIRECTOR, SNFL**
STAVROS NIARCHOS FOUNDATION (SNFL)
455 FIFTH AVENUE
NEW YORK, NY 10016
212.340.0904

**BEN SAPADIN**
**SUPERVISING LIBRARIAN**
STAVROS NIARCHOS FOUNDATION (SNFL)
455 FIFTH AVENUE
NEW YORK, NY 10016

**TERRANCE NEAL**
**VICE PRESIDENT, HUMAN RESOURCES**
270 MADISON AVENUE
NEW YORK, NY 10016

**CHARMAINE MCFARLANE**
**SENIOR HUMAN RESOURCES BUSINESS PARTNER**
270 MADISON AVENUE
NEW YORK, NY 10016

**JESSICA ROSENTHAL**
**SENIOR HUMAN RESOURCES BUSINESS PARTNER**
270 MADISON AVENUE
NEW YORK, NY 10016