# EXHIBIT C

        At the IAS Part of the New York Supreme Court at the Courthouse, County of Kings, IAS Part \_\_\_\_ Rm _____, at 360 Adams Street, Brooklyn, New York, on the _____ day of _____ 2024

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

PRESENT:
HONORABLE                                   , Justice
_____X     Index No.: **525645/2024**

**WILLIAM MARTIN,**

                                      **ORDER TO SHOW CAUSE**
                            PLAINTIFF,

        -against-

**THE NEW YORK PUBLIC LIBRARY, ZENA GEORGE,
CHARMAINE MCFARLANE, BEN SAPADIN,
TERRANCE NEAL, AND JESSICA ROSENTHAL,**

                                 DEFENDANTS.
_____X

       Upon reading of the annexed affidavit of WILLIAM MARTIN, sworn to on the 23rd day of September, 2024, and the affirmation of Yu-Xi Liu, Esq., attorney for the Plaintiff, dated September 24, 2024, let defendant the New York Public Library, or their attorney, show cause before this Court, at IAS Part _____, Room _____ thereof, to be held at the Courthouse located at 360 Adams Street, Brooklyn, New York, on the _____ day of _____, 2024, at 2:30 p.m., or as soon thereafter as counsel can be heard, why an order should not be made herein:

       1.    Restraining and enjoining defendant the New York Public Library from denying William Martin's request for FMLA Leave;

       2.    Granting such other and further relief as the Court may deem just and proper.

       No previous application has been made to this or any other Court for relief sought herein.

       **ORDERED**, pending the hearing of the within motion, a Temporary Restraining Order be issued against defendant the New York Public Library, restraining and enjoining them from denying William Martin's request for FMLA Leave;

**ORDERED**, sufficient cause being alleged therefore, let service of a copy of this order, together with a copy of the sworn affidavit and supporting papers annexed hereto, by personal service on the defendant, on or before the _____ day of _____, 2024, be deemed good and sufficient service.

ENTER:

_____
J.S.C.