# EXHIBIT E



# REQUEST FOR JUDICIAL INTERVENTION

UCS-840 (rev. 01/01/2024)

Supreme COURT, COUNTY OF Kings

Index No: 525645/2024   Date Index Issued: 09/23/2024

**For Court Use Only:**
IAS Entry Date
Judge Assigned
RJI Filed Date

| CAPTION | Enter the complete case caption. Do not use et al or et ano. If more space is needed, attach a caption rider sheet. |
|---|---|

William Martin

*Plaintiff(s)/Petitioner(s)*

-against-

THE NEW YORK PUBLIC LIBRARY, Zena George, Charmaine McFarlane, Ben Sapadin, Terrance Neal, Jessica Rosenthal

*Defendant(s)/Respondent(s)*

**NATURE OF ACTION OR PROCEEDING:** Check only one box and specify where indicated.

**COMMERCIAL**
- ☐ Business Entity (includes corporations, partnerships, LLCs, LLPs, etc.)
- ☐ Contract
- ☐ Insurance (where insurance company is a party, except arbitration)
- ☐ UCC (includes sales and negotiable instruments)
- ☐ Other Commercial *(specify)*: _____

*NOTE: For Commercial Division assignment requests pursuant to 22 NYCRR 202.70(d), complete and attach the **COMMERCIAL DIVISION RJI ADDENDUM (UCS-840C)**.*

**TORTS**
- ☐ Asbestos
- ☐ Environmental *(specify)*: _____
- ☐ Medical, Dental or Podiatric Malpractice
- ☐ Motor Vehicle
- ☐ Products Liability *(specify)*: _____
- ☐ Other Negligence *(specify)*: _____
- ☐ Other Professional Malpractice *(specify)*: _____
- ☒ Other Tort *(specify)*: intentional tort

**SPECIAL PROCEEDINGS**
- ☐ Child-Parent Security Act *(specify)*: ☐ Assisted Reproduction ☐ Surrogacy Agreement
- ☐ CPLR Article 75 - Arbitration   [see ***NOTE*** in **COMMERCIAL** section]
- ☐ CPLR Article 78 - Proceeding against a Body or Officer
- ☐ Election Law
- ☐ Extreme Risk Protection Order
- ☐ MHL Article 9.60 - Kendra's Law
- ☐ MHL Article 10 - Sex Offender Confinement *(specify)*:   ☐ Initial   ☐ Review
- ☐ MHL Article 81 (Guardianship)
- ☐ Other Mental Hygiene *(specify)*: _____
- ☐ Other Special Proceeding *(specify)*: _____

**MATRIMONIAL**
- ☐ Contested

*NOTE: If there are children under the age of 18, complete and attach the **MATRIMONIAL RJI Addendum (UCS-840M)**.*

*For Uncontested Matrimonial actions, use the Uncontested Divorce RJI **(UD-13)**.*

**REAL PROPERTY**   Specify how many properties the application includes: _____
- ☐ Condemnation
- ☐ Mortgage Foreclosure *(specify)*: ☐ Residential   ☐ Commercial
  Property Address: _____

*NOTE: For Mortgage Foreclosure actions involving a one to four-family, owner-occupied residential property or owner-occupied condominium, complete and attach the **FORECLOSURE RJI ADDENDUM (UCS-840F)**.*

- ☐ Partition

*NOTE: Complete and attach the **PARTITION RJI ADDENDUM (UCS-840P)**.*

- ☐ Tax Certiorari *(specify)*: Section: _____ Block: _____ Lot: _____
- ☐ Tax Foreclosure
- ☐ Other Real Property *(specify)*: _____

**OTHER MATTERS**
- ☐ Certificate of Incorporation/Dissolution   [see ***NOTE*** in **COMMERCIAL** section]
- ☐ Emergency Medical Treatment
- ☐ Habeas Corpus
- ☐ Local Court Appeal
- ☐ Mechanic's Lien
- ☐ Name Change/Sex Designation Change
- ☐ Pistol Permit Revocation Hearing
- ☐ Sale or Finance of Religious/Not-for-Profit Property
- ☐ Other *(specify)*: _____

**STATUS OF ACTION OR PROCEEDING**   Answer YES or NO for every question and enter additional information where indicated.

|  | YES | NO |  |
|---|---|---|---|
| Has a summons and complaint or summons with notice been filed? | ☒ | ☐ | If yes, date filed: 09/23/2024 |
| Has a summons and complaint or summons with notice been served? | ☒ | ☐ | If yes, date served: _____ |
| Is this action/proceeding being filed post-judgment? | ☐ | ☒ | If yes, judgment date: _____ |

**NATURE OF JUDICIAL INTERVENTION**   Check one box only and enter additional information where indicated.
- ☐ Infant's Compromise
- ☐ Extreme Risk Protection Order Application
- ☐ Note of Issue/Certificate of Readiness
- ☐ Notice of Medical, Dental or Podiatric Malpractice   Date Issue Joined: _____
- ☐ Notice of Motion   Relief Requested: _____   Return Date: _____
- ☐ Notice of Petition   Relief Requested: _____   Return Date: _____
- ☒ Order to Show Cause   Relief Requested: Injunction/Restraining Order   Return Date: _____
- ☐ Other Ex Parte Application   Relief Requested: _____
- ☐ Partition Settlement Conference
- ☐ Poor Person Application
- ☐ Request for Preliminary Conference
- ☐ Residential Mortgage Foreclosure Settlement Conference
- ☐ Writ of Habeas Corpus
- ☐ Other *(specify)*: _____

| | | | | | |
|---|---|---|---|---|---|
| **RELATED CASES** | List any related actions. For Matrimonial cases, list any related criminal or Family Court cases. If none, leave blank. If additional space is required, complete and attach the **RJI Addendum (UCS-840A)**. | | | | |
| **Case Title** | **Index/Case Number** | **Court** | **Judge (if assigned)** | | **Relationship to instant case** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | | |
|---|---|---|---|---|
| **PARTIES** | For parties without an attorney, check the "Un-Rep" box and enter the party's address, phone number and email in the space provided. If additional space is required, complete and attach the **RJI Addendum (UCS-840A)**. | | | |
| **Un-Rep** | **Parties** List parties in same order as listed in the caption and indicate roles (e.g., plaintiff, defendant, 3rd party plaintiff, etc.) | **Attorneys and Unrepresented Litigants** For represented parties, provide attorney's name, firm name, address, phone and email. For unrepresented parties, provide party's address, phone and email. | **Issue Joined** For each defendant, indicate if issue has been joined. | **Insurance Carriers** For each defendant, indicate insurance carrier, if applicable. |
| ☐ | Name: Martin, William  Role(s): Plaintiff/Petitioner | YU-XI LIU, YU-XI LIU, 53 ELIZABETH ST STE 2C, NEW YORK, NY 10013, yuxiliuny@yahoo.com | ☒ YES  ☐ NO | |
| ☐ | Name: THE NEW YORK PUBLIC LIBRARY  Role(s): Defendant/Respondent | Frank Sabatini, 476 Fifth Avenue, New York, NY 10018 | ☐ YES  ☒ NO | |
| ☒ | Name: George, Zena  Role(s): Defendant/Respondent | 455 FIFTH AVENUE, new york, ny 10016 | ☐ YES  ☒ NO | |
| ☒ | Name: McFarlane, Charmaine  Role(s): Defendant/Respondent | 270 MADISON AVENUE, new york, ny 10016 | ☐ YES  ☒ NO | |
| ☒ | Name: Sapadin, Ben  Role(s): Defendant/Respondent | 455 FIFTH AVENUE, new york, ny 10016 | ☐ YES  ☒ NO | |
| ☒ | Name: Neal, Terrance  Role(s): Defendant/Respondent | 270 MADISON AVENUE, new york, ny 10016 | ☐ YES  ☒ NO | |
| ☒ | Name: Rosenthal, Jessica  Role(s): Defendant/Respondent | 270 MADISON AVENUE, new york, ny 10016 | ☐ YES  ☒ NO | |
| ☐ | Name:  Role(s): | | ☐ YES  ☐ NO | |
| ☐ | Name:  Role(s): | | ☐ YES  ☐ NO | |
| ☐ | Name:  Role(s): | | ☐ YES  ☐ NO | |

**I AFFIRM UNDER THE PENALTY OF PERJURY THAT, UPON INFORMATION AND BELIEF, THERE ARE NO OTHER RELATED ACTIONS OR PROCEEDINGS, EXCEPT AS NOTED ABOVE, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION BEEN PREVIOUSLY FILED IN THIS ACTION OR PROCEEDING.**

Dated: 09/23/2024

4273819
Attorney Registration Number

YU-XI LIU
Signature

YU-XI LIU
Print Name