# EXHIBIT G

Case 1:24-cv-07972-NCM-RML   Document 1-9   Filed 11/15/24   Page 1 of 2 PageID #: 43

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

_____X  Index No.: **525645/2024**

**WILLIAM MARTIN,**

               PLAINTIFF,

    -against-                          **ATTORNEY AFFIRMATION OF 202.7(f) NOTICE TO SHOW CAUSE FOR INJUNCTION WITH TRO**

**THE NEW YORK PUBLIC LIBRARY, ZENA GEORGE, CHARMAINE MCFARLANE, BEN SAPADIN, TERRANCE NEAL, AND JESSICA ROSENTHAL,**

               DEFENDANTS.
_____X

    YU-XI LIU, Esq., an attorney duly admitted to the practice of law before the courts of the State of New York, affirms the following under penalty of perjury:

1. I am counsel for Plaintiff WILLIAM MARTIN ("WILLIAM") in the above-captioned action, and as such am fully familiar with the facts and circumstances herein.

2. I make this affirmation on serving the 202.7(f) Notice in support of the Order to Show Cause with temporary restraining order against defendant the NYPL.

3. Your affiant has duly served the 202.7(f) Notice on attorney Frank Sabatini, associate counsel for the NYPL by email on last Friday, September 20, 2024.

4. A copy of the 202.7(f) Notice is enclosed as **Exhibit 2.**

5. No previous application has been made to this or any other Court for relief sought herein.

**Wherefore,** it is respectfully requested that this Order to Show Cause with TRO be presented for a judge's signature as soon as possible.

DATED: NEW YORK, NEW YORK
        SEPTEMBER 24, 2024

                                          Respectfully,

                                          /s/ *Yuxi Liu*
                                          YU-XI (GLEN) LIU, ESQ.
                                          LAW OFFICE OF YU-XI LIU, ESQ.
                                          *Attorney for Plaintiff*
                                          53 Elizabeth Street, 2C
                                          New York, NY 10013
                                          212.597.2888
                                          Glen@Dawnlaw.US