# EXHIBIT H



Date: November 22, 2023

To: William Martin - Ottendorfer Library

From: Ashley Lebowitz - Benefits Office

DESIGNATION NOTICE
FAMILY MEDICAL LEAVE ACT (FMLA)

You have been approved for Medical Leave for the time period of November 6, 2023 through November 26, 2023.

All leave taken during this time period will be designated as FMLA leave. Under FMLA, eligible employees are entitled to 12 weeks (420 hours) of protected leave in a 12-month period. **NYPL counts FMLA on rolling 52-consecutive week basis.** You are required to use sick and annual leave while out on medical leave. The FMLA requires that you notify us as soon as practicable if dates of scheduled leave change or need to be extended.

Based on the information you have provided to date; we are providing the following information about the amount of time that will be counted against your leave entitlement:

As of October 29, 2023 you have 12 weeks of FMLA. Since you will be out from 11/6/2023 through 11/26/2023 returning on 11/27/2023, **3 weeks will be counted towards your FMLA entitlement.**
**You are required to provide us with a medical clearance note prior to your scheduled return to work date. Failure to provide the medical clearance note will delay your return to work.**

Please feel free to contact me if you have any further questions.

cc: Kristin Kuehl / Ottendorfer Library

270 Madison Avenue • New York, NY 10016 • nypl.org