# EXHIBIT I

# LAW OFFICE OF YU-XI (GLEN) LIU, ESQ.

Glen@Dawnlaw.us
53 ELIZABETH ST, 2C
NEW YORK, NY 10013
212.597.2888

VIA EMAIL TO Fran@NYPL.ORG

FRIDAY, SEPTEMBER 20, 2024

FRANK SABATINI, ESQ.
ASSOCIATE GENERAL COUNSEL
THE NEW YORK PUBLIC LIBRARY (NYPL)
476 FIFTH AVENUE, RM 78-02
NEW YORK, NY 10018
212.930.0744

      WILLIAM MARTIN V. THE NYPL, ET AL, BROOKLYN SUPREME COURT
      202.7(f) NOTICE – OSC PRESENTMENT WITH TRO

GOOD AFTERNOON, FRANK

      Please be advised the undersigned represents WILLIAM MARTIN, the plaintiff in the above-referenced action.

      Please be further advised that an order to show cause with a Temporary Restraining Order (TRO) will be efiled in connection with this action. Pursuant to Uniform Rule 202.7(f) and the local rule of Kings County Supreme Court Ex-Parte Clerk's office, you are hereby given this notice that the instant OSC with TRO will be presented for signature before a Justice of the Court, at 360 Adams Street, Part 72, Room 295, Brooklyn, NY 11201 on Tuesday, September 24, 2024 at 2:30 p.m. or as soon as counsel may be heard.

      With thanks for your prompt attention to this matter, I remain,

      Sincerely Yours,

      /s/ *Yuxi Liu*

      Yu-Xi (Glen) Liu, Esq.

Cc: WILLIAM MARTIN