# EXHIBIT J

At the IAS Part **72** of the New York Supreme Court at the Courthouse, County of Kings, IAS Part **xxx** at 320 Jay Rm **xxxxxx**, at 360 Adams Street, Brooklyn, New York, on the **8th** day of **October** 2024

**PRESENT: HON. RUPERT BARRY, JSC**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

PRESENT:
HONORABLE                                    , Justice
_____X    Index No.: **525645/2024**

**WILLIAM MARTIN,**

                                              **ORDER TO SHOW CAUSE**

**RO/P**                    PLAINTIFF,

            -against-

**THE NEW YORK PUBLIC LIBRARY, ZENA GEORGE,
CHARMAINE MCFARLANE, BEN SAPADIN,
TERRANCE NEAL, AND JESSICA ROSENTHAL,**

                    DEFENDANTS.
_____X

Upon reading of the annexed affidavit of WILLIAM MARTIN, sworn to on the 23rd day of September, 2024, and the affirmation of Yu-Xi Liu, Esq., attorney for the Plaintiff, dated September 24, 2024, let defendant the New York Public Library, or their attorney, show cause before this Court, at IAS Part **19**, Room **419** thereof, to be held at the Courthouse located at 360 Adams Street, Brooklyn, New York, on the **19th** day of **December**, 2024, at 9:30 a.m.
~~2:30 p.m.~~, or as soon thereafter as counsel can be heard, why an order should not be made herein:

1. Restraining and enjoining defendant the New York Public Library from denying William Martin's request for FMLA Leave;

2. Granting such other and further relief as the Court may deem just and proper.

No previous application has been made to this or any other Court for relief sought herein.

**TRO**

~~**ORDERED**, pending the hearing of the within motion, a Temporary Restraining Order be issued against defendant the New York Public Library, restraining and enjoining them from denying William Martin's request for FMLA Leave;~~

J.S.C.

ORDERED, sufficient cause being alleged therefore, let service of a copy of this order, together with a copy of the sworn affidavit and supporting papers annexed hereto, by personal service on the defendant, on or before the __8th__ day of __November__, 2024, be deemed good and sufficient service.

ENTER:

_R V Barry_
J.S.C.
HON. RUPERT V. BARRY, JSC