# EXHIBIT K

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

WILLIAM MARTIN,

                  Plaintiff,

-against-

THE NEW YORK PUBLIC LIBRARY, ZENA GEORGE, CHARMAINE MCFARLANE, BEN SAPADIN, TERRANCE NEAL, AND JESSICA ROSENTHAL,

                  Defendants.

Index No.: 525645/2024

**STIPULATION TO WAIVE SERVICE OF PROCESS & OF EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

**IT IS HEREBY STIPULATED, CONSENTED, AND AGREED**, by and between the undersigned counsel for all parties to the above-captioned lawsuit, as follows:

1. Each of the Defendants hereby accepts service of the Summons and Complaint in the above-captioned civil action as of the final date of signature of this Stipulation and waives any affirmative defense of lack or legal insufficiency of service.

2. The Defendants in this action shall have through December 23, 2024, to move, answer, or otherwise respond to the Complaint.

3. The return date for the Order to Show Cause presently scheduled for December 19, 2024 at 9:30 a.m. shall be adjourned until January 23, 2025, or such later date as the Court may order.

4. None of the parties to the above-captioned lawsuit waive any claim, defense, or other legal rights or remedies that are not expressly waived above.

5. This Stipulation may be executed in one or more counterparts and/or transmitted by facsimile or other electronic means which, when taken together, shall constitute one original document.

| | |
|---|---|
| Dated: New York, New York<br>November 4, 2024 | Dated: New York, New York<br>November 5, 2024 |
| Yuxi Liu<br>2024.11.04 06:18:52 -05'00'<br>_____<br>Yu-Xi (Glen) Liu, Esq.<br>glen@dawnlaw.us<br>LAW OFFICE OF YU-XI (GLEN) LIU<br>53 Elizabeth Street, Suite 2C<br>New York, New York 10013<br>(212) 597-2888 | _____<br>Nicholas M. Reiter, Esq.<br>nmreiter@venable.com<br>VENABLE LLP<br>151 W. 42nd Street, 49th Floor<br>New York, New York 10036<br>(212) 370-6296 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |